# HUSAIN LAW + ASSOCIATES, PC

LITIGATION │ IMMIGRATION │ AVIATION

5916 Winsome Lane, Suite 400
Houston, Texas 77057

**Joshua R. Leske**
jleske@hlalawfirm.com
www.hlalawfirm.com

ACCEPTED
15-25-00177-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/31/2025 3:49 PM
CHRISTOPHER A. PRINE
CLERK
Telephone (713) 800-1200
FILED IN
Facsimile (713) 800-0786
15th COURT OF APPEALS
AUSTIN, TEXAS
10/31/2025 3:49:16 PM
CHRISTOPHER A. PRINE
Clerk

October 31, 2025

***Via E-Filing***

Hon. Ryan D. Larson
395th Judicial District Court
405 Martin Luther King, Box 15
Georgetown, Texas 78626

> Re: Cause No. 24-0495-C395; *Jeremy McKnight v. Spotlight Karaoke, LLC*; In the 395th Judicial District Court of Williamson County, Texas.
>
> Cause No. 03-25-00755-CV; *Jeremy McKnight v. Spotlight Karaoke, LLC*; In the Court of Appeals for the Fifteenth District of Texas.

Dear Judge Larson:

The Court held a hearing on Plaintiff's Motion to Reinstate on September 15, 2025. However, an order denying Plaintiff's motion was never signed or entered into the record.

In order for Plaintiff's appeal to proceed, Plaintiff respectfully requests the Court enter a signed order on his Motion to Reinstate as soon as possible.

Sincerely,

*/s/ Joshua R. Leske*

Joshua R. Leske

JRL

cc: ***Via E-Filing***

Court of Appeals for the Fifteenth District of Texas

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joshua Leske
Bar No. 24060162
jleske@hlalawfirm.com
Envelope ID: 107546553
Filing Code Description: Letter
Filing Description: Correspondence to Trial Court
Status as of 10/31/2025 4:17 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joshua Leske | | jleske@hlalawfirm.com | 10/31/2025 3:49:16 PM | NOT SENT |